UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONYA JONES,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

        Defendant.

CASE NO. 3:16-cv-06048 JRC

ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6. This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees. *See* Dkt. 24.

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (*see* Dkt. 24), the attorney declaration and time and expense itemizations (Dkt. 24, Attachments 2, 3), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of

1 | $3,940.31, shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v.*
2 | *Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

3 | The Acting Commissioner shall contact the Department of Treasury after the Order for
4 | EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined
5 | that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the
6 | Treasury's Offset Program, then the check for EAJA fees shall be made payable to Janet Leanne
7 | Martinez, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney. *See*
8 | Plaintiff's Declaration Regarding Net Worth and Payment of EAJA Fees, Dkt. 24, Attachment 4.
9 | If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the
10 | Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA
11 | fees shall be mailed to plaintiff's counsel, Janet Leanne Martinez, Esq., at Douglas, Drachler,
12 | McKee & Gilbrough, 1904 3rd Avenue, Suite 1030, Seattle, WA 98101.

13 | Dated this 17th day of July, 2017.

J. Richard Creatura
United States Magistrate Judge